IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA          §
                                  §
                                  §
v.                                §   CASE NO. 1:19-CR-00064-MJT
                                  §
                                  §
CHRISTOPHER BENJAMIN              §
MONTGOMERY                         §

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The Court referred a petition alleging violations of supervised release conditions to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson recommended:

1.    that the Court find that the Defendant violated the fourth allegation in the petition that he failed to follow a standard condition of release;

2.    revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.    the Defendant should be sentenced to a term of 7 months' imprisonment on each of Counts 1 and 2, to run concurrently with each other, and consecutively with any other term of imprisonment.  Upon release from imprisonment, the Defendant shall be placed on supervised release for a term of one year of supervised release as to Count 1 and a term of two years of supervised release as to Count 2, which shall run concurrently.

4.    his term of imprisonment should be served at the Federal MCFP in Springfield, Missouri due to his medical conditions, if the Bureau of Prisons can accommodate such request.

1

5.    the Court adopt the recommended findings for the imposition of the same standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the Court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED. It is therefore

ORDERED and ADJUDGED that the petition is GRANTED and Christopher Benjamin Montgomery's supervised release is REVOKED.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED this 12th day of May, 2025.**

Michael J. Truncale
United States District Judge