**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | **CASE NO. 1:19-CR-64** |
| | § | |
| v. | § | |
| | § | |
| | § | **JUDGE MICHAEL TRUNCALE** |
| CHRISTOPHER BENJAMIN | § | |
| MONTGOMERY, | § | |
| | § | |
| *Defendant*. | | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. that the court find that the Defendant violated the fourth allegation in the petition that he failed to follow a standard condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. the Defendant should be sentenced to a term 24 months' imprisonment on Count One and 12 months' imprisonment on Count Two (to run consecutively), with no supervised release to follow. The Defendant requested to serve his prison term at the Federal Correctional Institution in Fort Worth, Texas. The Defendant's request should be accommodated if the Bureau of Prisons can accommodate such request.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived the right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and the Defendant's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED this 10th day of September, 2026.**

Michael J. Truncale
United States District Judge